AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.    14-cr-00170-CVE-7 |
| | ) | |
| | ) | WESTERN DISTRICT OF OKLAHOMA |
| | ) | CASE NO. M-21-287-AMG |
| Robert Allen Paul Bryan | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Robert Allen Paul Bryan,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:
Violation of Supervised Release conditions, as described at the 4/13/21 hearing.

Date:   04/13/2021

Mark McCartt, Clerk
*Issuing officer's signature*

City and state:   Tulsa, Oklahoma

/s/ C. Butler
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*